STATE v. McLENDON

No. 97P87.

Case below: 84 N.C. App. 458.

Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 5 May 1987. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.

STATE v. MIDDLETON & KORNEGAY

No. 147P87.

Case below: 76 N.C. App. 345.

Petition by defendant (Kornegay) for writ of certiorari to the North Carolina Court of Appeals denied 5 May 1987.

STATE v. NEELY

No. 169P87.

Case below: 84 N.C. App. 703.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 May 1987.

STATE v. OLIVER

No. 204P87.

Case below: 85 N.C. App. 1.

Petition by defendant for temporary stay allowed 29 April 1987.

STATE v. PHILLIPS

No. 105P87.

Case below: 84 N.C. App. 302.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.